# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400    FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

September 20, 2006

In Re:      Attorney Peter H. Schultz, II
            MO Bar #44703
            12484 W. Alyssa Lane
            Peoria, AZ  85383

Enclosed Order of the Missouri Supreme Court dated August 4, 2006.



# Supreme Court of Missouri

## en banc

August 4, 2006

In re: Peter Hutchisson Schultz, II,    ) Supreme Court No. SC86993
        Petitioner.                ) MBE #44703

## ORDER

Now at this day, having seen and fully considered Petitioner's application for reinstatement to practice law in the State of Missouri, and the report and recommendation of the Chief Disciplinary Counsel regarding reinstatement, the Court doth order and adjudge that said application of Peter Hutchisson Schultz, II, be, and the same is hereby approved and that the said Peter Hutchisson Schultz, II, be, and he is hereby reinstated to practice law in the State of Missouri as a member of The Missouri Bar in good standing.

Costs taxed to Petitioner.

Laura Denvir Stith
Acting Chief Justice



# Supreme Court of Missouri

en banc

August 4, 2006

In re: Peter Hutchisson Schultz, II,
Petitioner.

) Supreme Court No. SC86993
) MBE #44703

## ORDER

Now at this day, having seen and fully considered Petitioner's application for reinstatement to practice law in the State of Missouri, and the report and recommendation of the Chief Disciplinary Counsel regarding reinstatement, the Court doth order and adjudge that said application of Peter Hutchisson Schultz, II, be, and the same is hereby approved and that the said Peter Hutchisson Schultz, II, be, and he is hereby reinstated to practice law in the State of Missouri as a member of The Missouri Bar in good standing.

Costs taxed to Petitioner.

Laura Denvir Stith
Acting Chief Justice